UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| WASEEM DAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV621-003 |
| ) | |
| TIMOTHY WARD, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R) of September 2, 2021, doc. 7, to which objections have been filed, doc. 10. Accordingly, the R&R is **ADOPTED**, the objections are **OVERRULED**, and plaintiff's Motion for Access to Photocopying, doc. 3, and Renewed and Supplemental Motion for Access to Photocopying, doc. 4, are **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 10th day of May, 2022.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA