AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

WASEEM DAKER,

Plaintiff,

AMENDED
JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 6:21-003

TIMOTHY WARD, et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated January 3, 2023, the Court declines to adopt the Report and Recommendation as moot. Plaintiff's claims against GDC Defendants are dismissed with prejudice. The Amended Complaint against the SSP Defendants is dismissed without prejudice on the grounds that the Amended Complaint is an impermissible shot gun pleading. Plaintiff's Motion to Expedite 28 U.S.C. § 1915A Review is denied as moot, and Plaintiff's Motion to for "Judges and Magistrates of this Court to Stop Flip-Flopping as to Whether Multiple Tier II Due Process and Conditions of Confinement Claims are Dissimilar or Similar and to Decide Whether Plaintiff Should Litigate Them Separately or Together," is denied. This civil action stands closed.



01/04/2023　　　　　　　　　　　　　　　John E. Triplett, Clerk of Court
Date　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　*Tara H. Burton*
　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk

GAS Rev 10/2020