IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| WASEEM DAKER, | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) |
| vs. | ) Civil Action No. 6:21-cv-003 |
| | ) |
| TIMOTHY WARD, Commissioner, | ) |
| JACK KOON, Facilities Director, | ) |
| ROBERT TOOLE, Field Operations Director, | ) |
| AHMAD HOLT, Deputy Field Operations Director, | ) |
| ADRIAN NELSON, Statewide Tier Coordinator, et al., | ) |
| | ) |
| Defendants-Appellees. | ) |

## ORDER

The rulings of this Court in the above-entitled action having been affirmed by the United States Court of Appeals;

IT IS HEREBY ORDERED that the mandate of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this court.

SO ORDERED, this ____6th____ day of August, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA